NF

FILED

APR 09 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE THARP

UNITED STATES OF AMERICA )
)
v. )
)
FANI CAHILL and )
CUTCHLOW CAHILL )
)

14 CR 198

No.

Violations: Title 18,
United States Code,
Sections 286 and 287

MAGISTRATE JUDGE SCHENKIER

COUNT ONE

The SPECIAL MARCH 2013 GRAND JURY charges:

1.      At times material to this indictment:

a.      The Internal Revenue Service was an agency of the United States Department of the Treasury. The IRS provided that estates and trusts entitled to a refund of federal income taxes could claim that refund by submitting a Form 1041 United States Income Tax Return for Estates and Trusts.

b.      On the Form 1041 return, the estate or trust was required to provide the estate's or trust's name and address, the name and title of its fiduciary, its Employer Identification Number, its total income for the tax year, the amount of federal income tax withheld during the tax year, the amount of federal income tax, and the amount of tax due or refund claimed.

c. The IRS relied upon information from the Form 1041 in determining and issuing refunds. After receiving this information, the IRS issued a refund to the taxpayer if there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

d. Defendants FANI CAHILL and CUTCHLOW CAHILL, who were sister and brother, lived in Chicago.

e. On or about November 26, 1999, defendant FANI CAHILL filed and caused to be filed a document with the Cook County, Illinois Recorder of Deeds entitled "Declaration of Nationality," in which she declared that she was "a free and sovereign individual." The Cook County, Illinois Recorder of Deeds assigned document number 09112474 to this "Declaration of Nationality." In or about February 2000, defendant FANI CAHILL established and caused to be established an EIN with the IRS for the Fani Cahill Trust, and she caused herself to be named as the trustee and fiduciary of that trust. FANI CAHILL obtained EIN 36-730XXXX for the Fani Cahill Trust.

f. In or about April 2009, defendant CUTCHLOW CAHILL established and caused to be established an EIN with the IRS for the Cutchlow Cahill Trust, and he caused himself to be named as the trustee and fiduciary of that trust. CUTCHLOW CAHILL obtained EIN 26-686XXXX for the Cutchlow Cahill Trust.

g.     Defendants FANI CAHILL and CUTCHLOW CAHILL together obtained a mailbox (#145) at a private mailbox location on 87th Street in Chicago, Illinois, which they shared.

2.     Beginning no later than August 2006, and continuing through at least April 2010, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

FANI CAHILL and
CUTCHLOW CAHILL,

defendants herein, and others known and unknown to the grand jury, conspired to defraud the IRS, an agency of the United States Department of the Treasury, by obtaining and aiding to obtain the payment of false, fictitious, and fraudulent claims, namely, false, fictitious, and fraudulent claims for trust income tax refunds.

3.     It was part of the conspiracy that defendants FANI CAHILL and CUTCHLOW CAHILL agreed to and did work together to file false and fraudulent trust tax returns with the IRS, collect tax refunds to which they knew they were not entitled, and share the proceeds.

**Defendant Fani Cahill's False Filing for the 2005 Tax Year**

4.     It was further part of the conspiracy that on or about August 15, 2006, defendant FANI CAHILL prepared and filed, and caused to be prepared and filed, with the IRS a false and fictitious Form 1041 trust tax

3

return for tax year 2005 for the Fani Elisabeth Cahill Trust, EIN 36-730XXXX, using the private mailbox location address she shared with defendant CUTCHLOW CAHILL. This return included, among other things, fictitious information relating to income, fees, exemption, and tax withholding for the trust, including false income in the amount of $213,267, false fiduciary fees in the amount of $213,267, a false exemption in the amount of $4,346, and false tax withholding by the IRS in the amount of $71,089. The return listed "xx/xx/1945" as the date the entity was created; this was defendant FANI CAHILL's date of birth. Handwritten on the top and right-hand margins of the return was the number 09112474, which corresponded to the document number assigned to her "Declaration of Nationality" filed with the Cook County, Illinois Recorder of Deeds. The signature on the return was preceded by the notation "By:" and the letters "ARR" were written over the signature. In this manner, defendant FANI CAHILL falsely and fraudulently claimed a tax refund in the amount of $71,089.

5.     It was further part of the conspiracy that on or about September 12, 2006, defendant FANI CAHILL caused the United States Department of the Treasury to issue an income tax refund check in the amount of $71,089, and to mail the refund check to the private mailbox she shared with defendant CUTCHLOW CAHILL. The refund check was issued as a result of

4

the fraudulent 2005 Form 1041 trust tax return filed by defendant FANI CAHILL on or about August 15, 2006.

**Defendant Fani Cahill's False Filings for the 2006, 2007, and 2008 Tax Years**

6. It was further part of the conspiracy that on or about April 15, 2009, defendant FANI CAHILL prepared and filed, and caused to be prepared and filed, with the IRS false and fictitious Forms 1041 trust tax returns for tax years 2006, 2007, and 2008 for the Fani Cahill Trust, EIN 36-730XXXX, using the private mailbox location address she shared with defendant CUTCHLOW CAHILL. These returns included, among other things, fictitious information relating to income, fees, exemption, and tax withholding for the trust, including false income for each of the three years in the amount of $325,000, false fiduciary fees for each of the three years in the amount of $325,000, a false exemption for each of the three years in the amount of $7,950, and false tax withholding by the IRS for each of the three years in the amount of $108,333. The return listed "xx-xx-1945" as the date the entity was created; this was defendant FANI CAHILL's date of birth. Handwritten on the top and right-hand margins of each return was the number 09112474, which corresponded to the document number assigned to her "Declaration of Nationality" filed with the Cook County, Illinois Recorder of Deeds. The signature on each return was preceded by the notation "By:"

and the letters "ARR" were written over each signature. In this manner, defendant FANI CAHILL falsely and fraudulently claimed a tax refund for each of the tax years 2006, 2007, and 2008 in the amount of $108,333.

7. It was further part of the conspiracy that on or about May 26, 2009, defendant FANI CAHILL caused the United States Department of the Treasury to issue two income tax refund checks payable to her, each in the amount of $108,333, and to mail the two refund checks to the private mailbox she shared with defendant CUTCHLOW CAHILL. The refund checks were issued as a result of the fraudulent 2006 and 2007 Form 1041 trust tax returns filed by defendant FANI CAHILL on or about April 15, 2009.

8. It was further part of the conspiracy that on or about June 8, 2009, defendant FANI CAHILL endorsed the refund check for 2006 and deposited it into a Wachovia Bank account in the name of the Fani Cahill Trust.

9. It was further part of the conspiracy that on or about June 11, 2009, defendant FANI CAHILL wrote a check to defendant CUTCHLOW CAHILL in the amount of $20,100. Defendant CUTCHLOW CAHILL then deposited the money from this check into three different accounts in his name at Wachovia Bank.

10. It was further part of the conspiracy that on or about June 24, 2009, defendant FANI CAHILL endorsed the refund check for 2007, writing

6

"UCC1-207; UCC1-108" beneath her signature. Defendant FANI CAHILL deposited this check into a new Charter One Bank account in the name of the Fani Cahill Trust.

**Defendant Cutchlow Cahill's Initial False Filings for the 2006, 2007, and 2008 Tax Years**

11. It was further part of the conspiracy that on or about April 15, 2009, defendant CUTCHLOW CAHILL prepared and filed, and caused to be prepared and filed, with the IRS false and fictitious Forms 1041 trust tax returns for tax years 2006, 2007, and 2008 for the Cutchlow Cahill Trust, EIN 26-686XXXX, using the private mailbox location address he shared with defendant FANI CAHILL. These returns included, among other things, fictitious information relating to income, fees, exemption, and tax withholding for the trust. The return for 2006 included false income in the amount of $1,739,900, false fiduciary fees in the amount of $1,739,900, a false exemption in the amount of $7,950, and false tax withholding by the IRS in the amount of $579,966. The 2006 return listed "xx-xx-1948" as the date the entity was created; this was defendant CUTCHLOW CAHILL's date of birth. The signature on this return was preceded by the notation "By:" and the letters "ARR" were written over the signature. In this manner, defendant CUTCHLOW CAHILL falsely and fraudulently claimed a tax refund for the tax year 2006 in the amount of $579,966.

12. It was further part of the conspiracy that the return for 2007 included false income in the amount of $1,944,200, false fiduciary fees in the amount of $1,944,200, a false exemption in the amount of $7,950, and false tax withholding by the IRS in the amount of $648,066. The 2007 return listed "xx-xx-1948" as the date the entity was created; this was defendant CUTCHLOW CAHILL's date of birth. The signature on this return was preceded by the notation "By:" and the letters "ARR" were written over the signature. In this manner, defendant CUTCHLOW CAHILL falsely and fraudulently claimed a tax refund for the tax year 2007 in the amount of $648,066.

13. It was further part of the conspiracy that the return for 2008 included false income in the amount of $2,046,200, false fiduciary fees in the amount of $2,046,200, a false exemption in the amount of $7,950, and false tax withholding by the IRS in the amount of $682,066. The 2008 return listed "xx-xx-1945" as the date the entity was created; this was not defendant CUTCHLOW CAHILL's date of birth, but rather was the date of birth of his sister, defendant FANI CAHILL. The signature on this return was preceded by the notation "By:" and the letters "ARR" were written over the signature. In this manner, defendant CUTCHLOW CAHILL falsely and fraudulently claimed a tax refund for the tax year 2008 in the amount of $682,066.

14. It was further part of the conspiracy that on or about August 11, 2009, defendant CUTCHLOW CAHILL caused the United States Department of the Treasury to issue two income tax refund checks payable to him, and to mail the two refund checks to the private mailbox he shared with defendant FANI CAHILL. The refund checks were issued as a result of the fraudulent 2006 and 2007 Form 1041 trust tax returns filed by defendant CUTCHLOW CAHILL on or about April 15, 2009.

15. The refund check for the year 2006 was in the amount of $586,742.05; this included the refund of $579,966 claimed by defendant CUTCHLOW CAHILL for that year, plus $6,776.05 in interest. The refund check for the year 2007 was in the amount of $655,637.70; this included the refund of $648,066 claimed by defendant CUTCHLOW CAHILL for that year, plus $7,571.70 in interest.

**Defendant Cutchlow Cahill's Filing with the Recorder of Deeds**

16. It was part of the conspiracy that on or about August 14, 2009, defendant CUTCHLOW CAHILL filed and caused to be filed a document with the Cook County, Illinois Recorder of Deeds entitled "Declaration of Nationality for Cutchlow Fisher Cahill El." The Cook County, IL Recorder of Deeds assigned document number 0922657057 to this "Declaration of Nationality."

**Defendant Cutchlow Cahill's Second Set of False Filings for the 2006, 2007, and 2008 Tax Years**

17.    It was further part of the conspiracy that on or about August 15, 2009, defendant CUTCHLOW CAHILL prepared and filed, and caused to be prepared and filed, with the IRS a second set of false and fictitious Forms 1041 trust tax returns for tax years 2006, 2007, and 2008 for the Cutchlow Cahill Trust.    These returns were virtually identical to the initial set of returns for tax years 2006, 2007, and 2008 filed by defendant CUTCHLOW CAHILL on or about April 15, 2009, including the same fictitious information relating to income, fees, exemption, tax withholding, and refund sought for the trust for each of the three years.    However, the second set of returns filed in August 2009 differed from the original set of returns filed in April 2009 in the following ways:    they were signed, but not dated; the word "Amended" was hand-written at the top of each of the returns filed in August 2009; and the number 0922657057 (which corresponded to the document number assigned by the Cook County, Illinois Recorder of Deeds to the "Declaration of Nationality" filed by defendant CUTCHLOW CAHILL) was hand-written on the top and right-hand margins of each of the returns filed in August 2009.

**Disposition of the Two Refund Checks Sent to Defendant Cutchlow Cahill**

18.    It was further part of the conspiracy that on or about October 13, 2009, defendants CUTCHLOW CAHILL and FANI CAHILL tried to deposit the 2006 refund check issued by the IRS to defendant CUTCHLOW CAHILL in the amount of $586,742.05 into multiple accounts they each controlled at Wachovia Bank.   On the front of the check were handwritten notations containing the Illinois driver's license number of defendant CUTCHLOW CAHILL and the Illinois state identification number of defendant FANI CAHILL.  Defendant CUTCHLOW CAHILL endorsed the reverse side of this check as follows:

> By: Cutchlow Cahill, TTEE (with the letters "ARR" over his name)
> Pay to the order of
> Fani Cahill El
> 43,371.02

Defendant FANI CAHILL further endorsed the check by writing:

> By: Fani Cahill El (with the letters "ARR" over her name)

By endorsing the 2006 refund check in this way, and by filling out a total of three deposit slips, defendant CUTCHLOW CAHILL attempted to deposit $500,000 into a Wachovia Bank account in the name of the Cutchlow Cahill Trust, as well as an additional $43,371.03 into a different Wachovia Bank account in his own name, and defendant FANI CAHILL attempted to deposit $43,371.02 into a Wachovia Bank account in her name.

19. It was further part of the conspiracy that on or about April 26, 2010, defendants CUTCHLOW CAHILL and FANI CAHILL, accompanied by two other persons, tried to open a new account at a branch of The Northern Trust using the 2007 refund check issued by the IRS to defendant CUTCHLOW CAHILL in the amount of $655,637.70. The check was not endorsed with any person's signature, but the following language had been stamped on to the back side of the check:

Deposit for Credit on Account or
Exchange For Non-Negotiable
Federal Reserve Notes of
Face Value

20. It was further part of the conspiracy that defendants CUTCHLOW CAHILL and FANI CAHILL concealed, misrepresented, and hid, and caused to be concealed, misrepresented, and hidden, the existence of the conspiracy, the purposes of the conspiracy, and the acts done in furtherance of the conspiracy.

All in violation of Title 18, United States Code, Section 286.

## COUNT TWO

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.     Paragraph 1 of Count One is incorporated here.

2.     On or about April 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### FANI CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Fani Cahill Trust," claiming a federal income tax refund in the amount of $108,333 for tax year 2006, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT THREE

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.     Paragraph 1 of Count One is incorporated here.

2.     On or about April 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### FANI CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Fani Cahill Trust," claiming a federal income tax refund in the amount of $108,333 for tax year 2007, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT FOUR

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.    Paragraph 1 of Count One is incorporated here.

2.    On or about April 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### FANI CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Fani Cahill Trust," claiming a federal income tax refund in the amount of $108,333 for tax year 2008, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT FIVE

The SPECIAL MARCH 2013 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about April 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CUTCHLOW CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Cutchlow Cahill Trust," claiming a federal income tax refund in the amount of $579,966 for tax year 2006, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

16

## COUNT SIX

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.     Paragraph 1 of Count One is incorporated here.

2.     On or about April 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### CUTCHLOW CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Cutchlow Cahill Trust," claiming a federal income tax refund in the amount of $648,066 for tax year 2007, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT SEVEN

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.     Paragraph 1 of Count One is incorporated here.

2.     On or about April 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### CUTCHLOW CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Cutchlow Cahill Trust," claiming a federal income tax refund in the amount of $682,066 for tax year 2008, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

18

## COUNT EIGHT

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.     Paragraph 1 of Count One is incorporated here.

2.     On or about August 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### CUTCHLOW CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Cutchlow Cahill Trust," claiming a federal income tax refund in the amount of $579,966 for tax year 2006, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT NINE

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.     Paragraph 1 of Count One is incorporated here.

2.     On or about August 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### CUTCHLOW CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Cutchlow Cahill Trust," claiming a federal income tax refund in the amount of $648,066 for tax year 2007, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

20

## COUNT TEN

The SPECIAL MARCH 2013 GRAND JURY further charges:

1.    Paragraph 1 of Count One is incorporated here.

2.    On or about August 15, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CUTCHLOW CAHILL,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of the Treasury, a claim upon and against the IRS, that is, a Form 1041 U.S. Income Tax Return for Estates and Trusts, in the name of the purported "Cutchlow Cahill Trust," claiming a federal income tax refund in the amount of $682,066 for tax year 2008, knowing that the claim was false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY